AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maine

| | | |
|---|---|---|
| United States of America<br>v.<br>FRANKLIN FRIAS<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 2:21-cr-00197-GZS-3 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **FRANKLIN FRIAS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

Violation of Order Setting Condition(s) of Release; 18:3148

Date and time issued:   2:15 pm, May 12 2022

City and state:   Portland, Maine

*Judge's Signature*

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*

---

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Arresting officer's signature

Printed name and title